O

# United States District Court
# Central District of California

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, <br> Plaintiff, <br> v. <br> J.C. PENNEY COMPANY INC.; DOES 1–10, inclusive, <br> Defendants. | Case No. 2:14-cv-02565-ODW(MANx) <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT [14]** |

On June 11, 2014, Defendant J.C. Penney Company Inc. moved to dismiss Plaintiff Deckers Outdoor Corporation's Complaint under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 14.) On July 2, 2014, Deckers filed its First Amended Complaint. The Court therefore **DENIES** the Motion to Dismiss **AS MOOT**. (ECF No. 14.)

**IT IS SO ORDERED.**

July 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**