# United States District Court
# Central District of California

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.;<br>CALSON INVESTMENT LIMITED;<br>DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-2565-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 48), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than April 8, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 25, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**